IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LEE LAVELLE DANZY,**

   *Plaintiff*,

v.                                                 Case No.: 1:23cv17-MW/MJF

**DEPARTMENT OF CHILDREN AND
FAMILY,**

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with Orders of this Court." The Clerk shall close the file.

**SO ORDERED on May 8, 2023.**

                                                                               s/Mark E. Walker         
                                                                               **Chief United States District Judge**